```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

DANA FRENCH CHRISTIAN                         CIVIL ACTION

VERSUS                                        NO: 11-2156

MORRIS JEFF COMMUNITY                         SECTION: "A" (4)
SCHOOL, ET AL.
```

## ORDER AND REASONS

Before the Court are **Motions to Dismiss (Rec. Docs. 7 & 18)** filed by defendants Morris Jeff Community School and State of Louisiana Department of Education Through Recovery School District.  Plaintiff Dana French Christian opposes the motions.  The motions, set for hearing on February 15, 2012, are before the Court on the briefs without oral argument.

Plaintiff filed this complaint against Defendants alleging violations of Title VII and state law.  Defendants moves to dismiss the lawsuit in its entirety arguing 1) that Plaintiff did not serve them, 2) that Plaintiff did not exhaust her administrative remedies, and 3) that the Court lacks subject matter jurisdiction over Plaintiff's state law claims.

All of these contentions lack merit.  The record reflects service on both defendants (Rec. Docs. 27 & 32).  Further, Plaintiff has attached to her opposition a copy of the EEOC's

1

right to sue notice.[1]  (Rec. Doc. 29, Exh. A).  Plaintiff's lawsuit is not subject to dismissal based on the contention that the EEOC did not send a copy to Defendants.  Plaintiff had no control over the actions of this third-party.  Finally, the Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motions to Dismiss (Rec. Docs. 7 & 18)** filed by defendants Morris Jeff Community School and State of Louisiana Department of Education Through Recovery School District are **DENIED.**

February 29, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] The right to sue notice does not list the individual defendants and Plaintiff did not provide a copy of the charge. The Court assumes, based on Defendants' failure to file a reply challenging Plaintiff's opposition, that the charge included *both* defendants.